IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL PARTNERS, L.P., | Civil Action |
| Plaintiff | No. 08-cv-04814 |
| vs. | |
| IREX CORPORATION; NORTH LIME HOLDINGS CORP.; W. KIRK LIDDELL; DAVID C. KLEINMAN; PAUL J. ISAAC; JOANN M. JUDGE; MICHAEL J. LARDNER; JOHN O. SHIRK; THOMAS W. WOLF; LORI A. PICKELL; JAMES E. HIPOLIT; JANE E. PINKERTON; KENNETH G. STOUDT; and N. THOMPSON WASHBURN, | |
| Defendants | |

O R D E R

NOW, this 28th day of September, 2010, upon consideration of the following documents:

(1) Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Stay the Action ("Motion to Dismiss"), and the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, or, in the Alternative, to Stay the Action, which motion and memorandum were filed September 29, 2009;

(2) Plaintiff Mitchell Partners L.P.'s Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint, or, in the Alternative, to Stay the Action, which response was filed September 29, 2009; and

(3) Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss Plaintiff's Complaint, or, in the Alternative, to Stay the Action, which reply was filed September 29, 2009;

and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that defendants' Motion to Dismiss is granted.

IT IS FURTHER ORDERED that plaintiff's Complaint is dismissed in its entirety.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge