IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL PARTNERS, L.P., On Behalf Of Itself And All Others Similarly Situated,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>IREX CORPORATION, NORTH LIME HOLDINGS CORP., W. KIRK LIDDELL, DAVID C. KLEINMAN, PAUL J. ISAAC, JOANN M. JUDGE, MICHAEL J. LARDNER, JOHN O. SHIRK, THOMAS W. WOLF, LORI A. PICKELL, JAMES E. HIPOLIT, JANE E. PINKERTON, KENNETH G. STOUDT, AND N. THOMPSON WASHBURN,<br>　　　　　Defendants | Case No. 5:08-cv-4814 |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Local Rule 41.1(b), the parties stipulate and agree that the above-captioned Action shall be dismissed with prejudice with each party to bear its own costs and fees.

s/ George W. Croner
George W. Croner, Esq. (ID No. 33514)
gcroner@kohnswift.com
KOHN, SWIFT & GRAF, P.C.
One South Broad Street Suite 2100
Philadelphia, PA 19107
215-238-1700

*Attorneys for Mitchell Partners, L.P.*

Dated: January 27, 2014

s/ Steven B. Feirson
Steven B. Feirson (ID No. 21357)
steven.feirson@dechert.com
Cheryl A. Krause (ID No. 90297)
Elisa T. Wiygul (ID No. 207987)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-4000

*Attorneys for Defendants Irex Corporation, North Lime Holdings Corporation, W. Kirk Liddell, David C. Kleinman, Paul J. Isaac, Joann M. Judge, Michael J. Lardner, John O. Shirk, Thomas W. Wolf, Lori A. Pickell, James E. Hipolit, Jane E. Pinkerton, Kenneth G. Stoudt and N. Thompson Washburn*

116862

SO ORDERED this _____ day of _____, 2014.

BY THE COURT:

_____
The Honorable James K. Gardner

116862