```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MITCHELL PARTNERS, L.P., | ) | |
| | ) | |
|        Plaintiff | ) | |
| | ) | |
|    vs. | ) | |
| | ) | Civil Action |
| IREX CORPORATION; | ) | No. 08-cv-04814 |
| NORTH LIME HOLDINGS CORP.; | ) | |
| W. KIRK LIDDELL; | ) | |
| DAVID C. KLEINMAN; | ) | |
| PAUL J. ISAAC; | ) | |
| JOANN M. JUDGE; | ) | |
| MICHAEL J. LARDNER; | ) | |
| JOHN O. SHIRK; | ) | |
| THOMAS W. WOLF; | ) | |
| LORI A. PICKELL; | ) | |
| JAMES E. HIPOLIT; | ) | |
| JANE E. PINKERTON; | ) | |
| KENNETH G. STOUDT; and | ) | |
| N. THOMPSON WASHBURN, | ) | |
| | ) | |
|        Defendants | ) | |

**O R D E R**

NOW, this 30th day of January, 2014, upon consideration of the Stipulation and [Proposed] Order of Dismissal With Prejudice, which stipulation and proposed order was filed jointly by the parties on January 27, 2014 (Document 70); it appearing that the parties agree that the within matter should be dismissed with prejudice with each party to bear its own fees and costs pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania,

<u>IT IS ORDERED</u> that the within stipulation is approved.

<u>IT IS FURTHER ORDERED</u> that the within action is dismissed with prejudice with each party to bear its own costs and fees.

<u>IT IS FURTHER ORDERED</u> that pursuant to Local Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

BY THE COURT:


/s/ JAMES KNOLL GARDNER\_
James Knoll Gardner
United States District Judge